**B3A (Official Form 3A) (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re   Calvin O Ledbetter, Jr.
Lori L Ledbetter                         Case No.
                                   Debtor(s)      Chapter    13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 274.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 68.50 Check one    ■ With the filing of the petition, or
                            ☐ On or before _____

   $ 68.50 on or before    11/18/11

   $ 68.50 on or before    12/18/11

   $ 68.50 on or before    1/18/12

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date October 15, 2011               Signature   /s/ Calvin O Ledbetter, Jr.
                                             Calvin O Ledbetter, Jr.
/s/ JEFFRY A. DAHLBERG                           Debtor

Attorney for Debtor(s)
JEFFRY A. DAHLBERG
Balsley & Dahlberg
5130 North Second Street
Loves Park, IL 61111                              Signature   /s/ Lori L Ledbetter
(815) 877-2593                                       Lori L Ledbetter
Fax: (815) 877-7965                                    Joint Debtor
www.balsleylawoffice.com

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy